**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK  TELEPHONE (334) 954-3600

August 31, 2006

**NOTICE OF REASSIGNMENT**

RE:   Mark Jordan v. City of Montgomery
      Civil Action No. 2:06cv00534-CSC

The above-styled case has been reassigned to District Judge Mark E. Fuller.

Please note that the case number is now 2:06cv00534-MEF. This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk