IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MARK JORDAN,** | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-534-CSC |
| **CITY OF MONTGOMERY,** | ) |
| Defendant. | ) |

### AFFIDAVIT OF TERRY H. GADDIS

Before me, the undersigned authority, personally appeared Terry Gaddis, who is known to me and who, being first duly sworn, deposed on oath, and says as follows:

My name is Terry Gaddis. I am over nineteen years of age. Since February 1, 1994, I have been employed with the City of Montgomery as the Director of Fleet Management. It is in that capacity that I state the following:

1. Mark Jordan was employed as an Automotive Servicer II in the Tire Shop, which is part of the Auto/Light Truck Division, Fleet Management Department for the City of Montgomery.

2. In December 2004, Mr. Jordan went to Montgomery District Court and signed a warrant against his immediate supervisor, Royce Albright, for harassment alleging that Albright had shoved Jordan and told him to get back to work. Mr. Albright was granted judgment of acquittal at his trial. I was not aware of Mr. Jordan's complaint or allegations against Mr. Albright until I was advised by the Sheriff's office of the warrant that had been issued against Mr. Albright.

3. Mr. Jordan was charged with violation of departmental policy for insubordination and failure to follow his supervisory chain of authority in reporting and addressing complaints with supervisors and co-workers. A departmental disciplinary hearing was held for Mark Jordan on March 4, 2005. Mr. Jordan's past work history was considered. On March 17, 2005, I advised Mr. Jordan in writing that I was recommending his dismissal to the Mayor. Following a hearing

1


EXHIBIT
1

      on April 21, 2005 with the Mayor's office, Mr. Jordan was terminated from the City effective May 10, 2005.

4.    I have no knowledge of anything called "Globe Policy" or the administration thereof.

I have read the above and foregoing affidavit consisting of two (2) pages and state that it is true and correct to my present knowledge and information.

_____
Terry H. Gaddis
Affiant

**SWORN TO AND SUBSCRIBED** before me this 21ᵗʰ day of June, 2007.

_____
Notary Public

(SEAL)

My Commission Expires

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 28, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS

2