IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARK JORDAN, )
)
   Plaintiff, )
)
v. ) CASE NO. 2:0 6-cv-534-CSC
)
)
)
CITY OF MONTGOMERY, )
)
   Defendant. )

### AFFIDAVIT OF BARBARA M. MONTOYA

Before me, the undersigned authority, personally appeared Barbara M. Montoya, who is known to me and who, being first duly sworn, deposed on oath, and says as follows:

My name is Barbara M. Montoya. I am over nineteen years of age. I am currently employed as the Director of the City/County of Montgomery Personnel Department. It is in that capacity that I state the following:

The Montgomery City/County Personnel Board (Personnel Board) is a separate entity from the City of Montgomery and serves as the personnel department for the City of Montgomery (City), the County of Montgomery, the Montgomery Airport Authority and the Montgomery Housing Authority.

Mark Jordan was employed by the City as Automotive Servicer I on March 26, 1999. He was promoted to Automotive Servicer II on September 22, 1999. Mr. Jordan's termination by the City was effective May 10, 2005.



EXHIBIT 2

1

Mr. Jordan requested a hearing before City-County of Montgomery Personnel Board regarding his termination by the City of Montgomery. The Personnel Board heard his appeal on June 20, 2005. On June 23, 2005, the Personnel Board advised Mr. Jordan's attorney that they upheld the City of Montgomery's decision to terminate the Mr. Jordan's employment.

I have read the above and foregoing affidavit consisting of two (2) pages and state that it is true and correct to my present knowledge and information.

_____
Barbara M. Montoya
Affiant

**SWORN TO AND SUBSCRIBED** before me this 18th day of June, 2007.

_____
Notary Public

(SEAL)

My Commission Expires  3-16-11

2