# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form

ENTER CHARGE NUMBER
☐ FEPA
☒ EEOC 130-2006-01343

_____ and EEOC
(State or local Agency, if any)

| | |
|---|---|
| **NAME** (Indicate Mr., Ms., or Mrs.) Mr. Mark Jordan | **TELEPHONE NUMBER** (Include Area Code) (334) 262-7648 |
| **STREET ADDRESS** 2616 Springfield Drive, Montgomery, AL 36108 | **CITY, STATE AND ZIP CODE** Montgomery / **COUNTY** |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below)

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| City of Montgomery | 15+ | (334) 241-2675 |

**STREET ADDRESS**: 27 Madison Avenue, P.O. Box 1111, Montgomery, AL 36101-1111

CITY, STATE, AND ZIP CODE

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate Box(es))

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIG
☐ AGE ☐ RETALIATION ☐ OTHER (Specify)

**DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE**
(Month, day, year) July 10, 2005

**THE PARTICULARS ARE** (If any additional space is needed, attach extra sheet(s)):

(SEE ATTACHED)

RECEIVED
EEOC
DEC 2 0 2005
BIRMINGHAM DISTRICT OFFICE

DATE: 12-05-05

I declare under penalty of perjury that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark Jordan

SIGNATURE OF COMPLAINT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Month, day, year)

EXHIBIT 3

Mark Jordan
DOB: 11-13-74

    Mark Jordan, Charging Party (CP), is a 31 year old black male. CP was employed by the City of Montgomery, Alabama (City).

    On or about September 21, 2003, CP filed a Charge of Discrimination with the Equal Employment Opportunity Commission (EEOC) for racial discrimination. On or about November 11, 2004 CP filed a Charge of Discrimination with the EEOC for racial discrimination and retaliation.

    On or about July, 2005, CP was terminated from his job. The reason given to CP was pretext. CP believes that he was terminated in retaliation for filing his charge of discrimination on or about September 21, 2003 and charge of retaliation on or about November 11, 2004.

RECEIVED
EEOC
DEC 2 0 2005
BIRMINGHAM DISTRICT OFFICE