IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK JORDAN, ) | |
| ) | |
|    Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-534-MEF |
| ) | |
| CITY OF MONTGOMERY, ) | |
| ) | |
|    Defendant. ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #9) filed on June 28, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on July 20, 2007.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before July 13, 2007. The defendants may file a reply brief on or before July 20, 2007.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this 29th day of June, 2007.

                                              /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE