IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARK JORDAN, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No: 2:06-CV-534 |
| CITY OF MONTGOMERY, | § | |
| Defendant. | § § | |

## PLAINTIFF'S RESPONSE AND OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW** the Plaintiff and hereby moves this Honorable Court to deny Defendant's Motion for Summary Judgment. As grounds therefore, the Plaintiff avers that there is a genuine issue of material fact and the Defendant is not due a Summary Judgment as a matter of law. In support of his response, Plaintiff relies on the applicable law, pleadings and evidentiary materials attached hereto:

1. Exhibit "1"  - Complaint
2. Exhibit "2"  - Answer
3. Exhibit "3"  - Defendant's Summary Judgment Brief
4. Exhibit "4"  - September 21, 2004, EEOC Charge
5. Exhibit "5"  - November 12, 2004, EEOC Charge
6. Exhibit "6"  - Johnny Ray's criminal warrant against Larry Fitzpatrick
7. Exhibit "7"  - Plaintiff's Affidavit
8. Exhibit "8"  - December 20, 2005, Charge of Discrimination

**WHEREFORE, THE PREMISES CONSIDERED,** Plaintiff respectfully request that this Honorable Court deny Defendant's Motion for Summary Judgment and allow this case to move forward.

Respectfully submitted on this the 13th day of July 2007.

_____
Juraldine Battle-Hodge (3072-G-61J)
Attorney for Plaintiff

OF COUNSEL:

**LAW OFFICE OF JURALDINE BATTLE-HODGE, P.C.**
207 Montgomery Street, Suite 215
Montgomery, AL 36104
Telephone: (334) 262-1177
Facsimile: (334) 263-5569


## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June 2007, the foregoing document was served upon the following counsels of record by placing a copy of the same in the U.S. Mail, First Class postage prepaid, addressed as follows:

Hon. Kimberly O. Fehl
City Attorney
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111

_____
Of Counsel