# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See Privacy Act Statement before completing this form | ☐ FEPA<br>X EEOC | 130-2005-00050 |

_____ and EEOC
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) X MARK JORDAN | HOME TELEPHONE (include Area Code) X 334 201-6569 |
|---|---|
| STREET ADDRESS X 2616 Sprinfeild Dr | CITY, STATE AND ZIP CODE Mont, Al. | DOB X 11-13-74 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME<br>City of Montgomery | NUMBER OF EMPLOYEES, MEMBERS<br>500 plus | TELEPHONE (Include Are Code)<br>(334) 241-2050 |
|---|---|---|
| STREET ADDRESS<br>103 North Perry Street, Montgomery, Alabama 36104; Post Office Box 1111, Montgomery, Alabama 36101-1111 | | COUNTY<br>Montgomery |
| NAME | PHONE NUMBER (Include Area Code) | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL)

X RACE  ☑ COLOR  ☑ SEX  ☐ RELIGION  ☐ AGE

within the last 180 days

☑ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

☐ CONTINUING ACTION

THE PARTICULARS ARE (if additional paper is needed, attach extra sheet(s)):

My name is _Mark Jordan_____. I am an African-American, currently employed by the Employer listed above. On or about June 9, 2004, the above Employer posted a notice of vacancy for an Automotive Mechanic (Small Gas Engine) position. I was qualified for, and applied for, this position within the time limits proscribed in the job posting. This position would have been a promotion for me, if I had been selected for it.

I later learned that the Employer had hired a less qualified white employee to fill the position, discriminating against me because of my race. Therefore, the Employer has violated Title VII of the Civil Rights Act in its employment decision.

OCT 4 2004

| I want this charge filed with both the EEOC and the State or local Agency, if any I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) |
| Date X 9-21-04     Mark Jordan<br>Charging Party (Signature) | |

EOC FORM 5 (10/94)

PLAINTIFF'S EXHIBIT 4