FROM :u  FAX NO. :3433050  v. 12 2004 07:01AM P3

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See Privacy Act Statement before completing this form | ☐ FEPA<br>X EEOC | 130200500676 |

_____ and EEOC
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) MR. MARK JORDAN | HOME TELEPHONE (include Area Code) (334) 201-6569 | |
|---|---|---|
| STREET ADDRESS<br>2616 Sprinfeild Dr. | CITY, STATE AND ZIP CODE<br>Montgomery, AL | DOB<br>11/13/74 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME<br>City of Montgomery | NUMBER OF EMPLOYEES, MEMBERS<br>500 plus | TELEPHONE (Include Are Code)<br>(334) 241-2050 |
|---|---|---|
| STREET ADDRESS<br>103 North Perry Street, Montgomery, Alabama 36104; Post Office Box 1111, Montgomery, Alabama 36101-1111 | | COUNTY<br>Montgomery |
| NAME | PHONE NUMBER (Include Area Code) | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| | EARLIEST (ADEA/EPA)    LATEST (ALL) |
| X RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE | within the last 180 days |
| X RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify) | ☐ CONTINUING ACTION |

THE PARTICULARS ARE (if additional paper is needed, attach extra sheet(s)):

On or about September 21, 2004, I filed a Charge of Discrimination with the EEOC complaining that the above Employer posted a notice of vacancy for an Automotive Mechanic (Small Gas Engine) position that I was qualified for and applied for but did not receive. I complained that the above Employer discriminated against me because of my race when I was denied the position and it was awarded to a less qualified white employee.

Recently, on or about October 27, 2004, my supervisor Royce Albright committed an assault and battery upon me by forcefully and in rage pushing me in the back from behind causing me to lose my balance and stumble. This assault and battery was committed at work in the present of several witnesses willing to attest to the actions.

I believe Mr. Alrbright's actions, which have since been ratified by the Department Head Director Terry Gaddis (through his refusal to do anything about the volatile and harassing workplace situation), are in retaliation for my filing the Charge of Discrimination on or about September 21, 2004. I believe the retaliation and continued racial discrimination are in violation of Title VII of the Civil Rights Act.

NOV 16

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| 11-12-04          *Mark Jordan*<br>Date                Charging Party (Signature) | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) |

EEOC FORM 5 (10/94)

PLAINTIFF'S EXHIBIT 5