04 (a) (back)   Rev. 11/92

# DEPOSITION

Any Law Enforcement Agency Contacted?  ☐ Yes  ☑ No
If yes, which one? _____

## INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ABOUT YOURSELF

Name of Complainant: Johnny Ray Smith
Telephone Number: 240 6515

Social Security Number: ___
Driver's License Number: ___
Date of Birth: ___
Age: ___
Race: ___
Sex: ___

Home Address: ___
City: ___
State: ___
Zip: ___

Name of Employer: City of Montgomery (City Shops)
Employer's Telephone Number: ___

Address of Employer: ___
City: ___
State: ___
Zip: ___

make this statement for the purpose of securing a **WARRANT/SUMMONS** against the named accused. I understand hat I am instituting a criminal proceeding and cannot dismiss this case. I further understand that if any of the foregoing acts are untrue, I may, in addition to any other punishment provided by law, be taxed with court costs in this proceeding.

Sworn to and Subscribed before me this

7th day of
October, 2004.

_S. M_____
Judge/Clerk/Magistrate

Complainant: /s/ Johnny Smith

## WITNESSES

| Name | Address | Telephone Number |
|------|---------|------------------|
|      |         |                  |

## MAGISTRATE NOTES

Warrant or Summons Issued?  ☐ Yes  ☑ No    Warrant Number: ___

No action taken by this office. Complainant and Accused are scheduled to meet with their Supervisor today, 10-07-04. SM

**PLAINTIFF'S EXHIBIT 6**