IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK JORDAN, | § |
| Plaintiff, | § |
| v. | § Civil Action No: 2:06-CV-534 |
| CITY OF MONTGOMERY, | § |
| Defendant. | § § § |

## AFFIDAVIT OF MARK JORDAN

Before me, the undersigned authority in and for said county and state personally appeared Mark Jordan who is known time and being duly sworn, deposes and says under oath as follows:

1. My name is Mark Jordan. I am over the age of nineteen (19) and I have personal knowledge of the matter set forth herein.

2. I am the Plaintiff in the above styled case.

3. I was physically assaulted by my Supervisor, Royce Albright on October 27, 2004.

4. I filed criminal charges against Royce Albright in December of 2004.

5. My termination was finalized July of 2005.

Further Affiant Saith Not.



Dated this the 12TH day of July 2007.

_____
Mark Jordan/Affiant

**STATE OF ALABAMA**
**COUNTY OF MONTGOMERY**

    On this the 12TH day of July 2007, before me, the undersigned Notary Public, in and for said State and County, personally appeared, Mark Jordan who is known to me, and states that the foregoing information is true and correct to the best of his information, belief and knowledge, and that she executed the same voluntarily on the day the same bears date.

_____
NOTARY PUBLIC

3/25/08
_____
My Commission Expires