# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION



| | | |
|---|---|---|
| MARK JORDAN, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No: 2:06-CV-534 |
| CITY OF MONTGOMERY, | § § | |
| Defendant. | § | |
| | § | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

**COME NOW** Juraldine Battle-Hodge for the Plaintiff and Kimberly O. Fehl for the Defendant, and pursuant to the Court's *Uniform Scheduling Order* state as follows:

1. A settlement conference for the purposes of settlement negotiations was held by the parties, at which time the parties engaged in good faith settlement negotiations regarding settlement possibilities.

2. The parties advise the Court that settlement could not be reached.

3. The parties agree that at this time mediation will not assist them in resolving this case short of trial.

4. The undersigned attests that the Defendant has authorized her to execute this document and file the same on its behalf.

Respectfully submitted,

_____
JURALDINE BATTLE-HODGE (BAT033)
Attorney for Plaintiff

LAW OFFICES OF JURALDINE BATTLE-HODGE
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
Telephone: (334) 262-1177
Facsimile: (334) 263-5569

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July 2007, the foregoing document was served upon the following counsel of record by placing a copy of the same in the U.S. Mail, First Class postage prepaid, addressed as follows:

Hon. Kimberly O. Fehl
City Attorney
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111

_____
Of Counsel