IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 SEP 26 A 11: 52

| | |
|---|---|
| MARK JORDAN, | ) |
| Plaintiff, | ) |
| V. | ) CIVIL ACTION NO.: 2:cv-06-534 |
| CITY OF MONTGOMERY, | ) |
| Defendant. | ) |

## WITNESS LIST

COMES NOW the Plaintiff and submits his anticipated witness list as follows:

### WITNESSES PLAINTIFF EXPECTS TO PRESENT

1. Mark Jordan
   Plaintiff
   2616 Springfield Drive
   Montgomery, AL 36108
   (334) 201-6569

2. Roy G. Wilson
   Montgomery, AL
   (334) 288-1409

3. Robert L. Shuford
   1175 Fitzpatrick Road
   Wetumpka, AL 36092
   (334) 567-4733, (334) 451-2002

4. Gregory Johnson
   4136 East Virginia Lane
   Montgomery, AL 36116
   (334) 301-1835

5. Rodney L. Hardy
   192 Sandy Street
   Lowndesboro, AL
   (334) 418-4974, (334) 669-0515

6. Royce Albright
   1819 Tara Drive
   Prattville, AL 36066

7. Any person identified on Defendant's witness list filed herein or any later witness list of the Defendant.

8. Any person sufficiently identified prior to trial so as not to prejudice the Plaintiff herein.

9. Any person necessary to rebut testimony by any witness whose identity is not presently known to the Plaintiff, but can be ascertained based upon the testimony or exhibits proffered.

10. Any person necessary to rebut any document or exhibit proffered at trial.

Respectfully submitted,

_____
Juraldine Battle-Hodge (3072-G-61J)
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
Telephone: (334) 262-1177
Facsimile: (334) 263-5569

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September 2007, I served the foregoing documents on the following counsel of record via facsimile and by placing a copy of the same in the U.S. Mail, First Class postage prepaid, addressed as follows:

Hon. Kimberly O. Fehl
City Attorney
Post Office Box 1111
Montgomery, AL 36101-1111

_____
Of Counsel