IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARK JORDAN,                    )
                                )
       Plaintiff,               )
                                )   CIVIL ACTION NO. 2:06cv534
vs.                             )
                                )
CITY OF MONTGOMERY,             )
                                )
       Defendant.               )

### NOTICE OF APPEAL

Notice is hereby given that Mark Jordan, Plaintiff, herein, now appeals to the United States Court of Appeals for the Eleventh Circuit, from the Federal District Court's Order entering final judgment on October 3, 2007.

DATED this 23rd day of October 2007.

_____
JURALDINE BATTLE-HODGE (BAT033)
Attorney for Plaintiff

LAW OFFICES OF JURALDINE BATTLE-HODGE
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
Telephone: (334) 262-1177, 263-5575
Facsimile: (334) 263-5569
Email: battleb@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October 2007, the foregoing document was served upon the following counsel of record by placing a copy of the same in the U.S. Mail, First Class postage prepaid, addressed as follows:

Hon. Kimberly O. Fehl
City Attorney
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111

_____
Of Counsel