```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000811
Cashier ID: cstrecke
Transaction Date: 10/23/2007
Payer Name: JURALDINE BATTLE HODGE PC
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: JURALDINE BATTLE HODGE PC
 Case/Party: D-ALM-2-06-CV-000534-001
 Amount:         $455.00
------------------------------------
CHECK
 Remitter: JURALDINE BATTLE HODGE PC
 Check/Money Order Num: 1715
 Amt Tendered:  $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

DALM206CV000534
```