

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

January 10, 2008

**Appeal Number: 07-15046-JJ**
Case Style: Mark Jordan v. City of Montgomery
District Court Number: 06-00534 CV-F-N

TO:  Juraldine Battle-Hodge

CC:  Kimberly Owen Fehl

CC:  Debra P. Hackett

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 10, 2008

Juraldine Battle-Hodge
Law Offices of Juraldine Battle-Hodge
207 MONTGOMERY ST STE 215
MONTGOMERY AL 36104-3528

**Appeal Number: 07-15046-JJ**
Case Style: Mark Jordan v. City of Montgomery
District Court Number: 06-00534 CV-F-N

The referenced appeal was dismissed December 13, 2007.

Enclosed herewith is a certified copy of this court's order reinstating this appeal.

Appellee's brief is due 30 days from this date.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Regina Veals-Gillis (404) 335-6163

Encl.

REINST-1 (03-2004)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-15046-JJ

MARK JORDAN,

Plaintiff-Appellant,

versus

CITY OF MONTGOMERY,

Defendant-Appellee.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

Before ANDERSON and HULL, Circuit Judges.

BY THE COURT:

Appellant's Motion to Reinstate Appeal is Granted.