

**Gordon Fields/CA11/11/USCOURTS**
02/11/2008 10:46 AM

To: Yolanda Williams/ALMD/11/USCOURTS@USCOURTS
cc: Donna Norfleet/ALMD/11/USCOURTS@USCOURTS, Carol Lewis/CA11/11/USCOURTS@USCOURTS
bcc:
Subject: 1st Request for ROA:  07-15046-JJ (DC: 2:06-00534 CV F N)

CA11# 07-15046-JJ
Mark Jordan v. City of Montgomery
MAL: 2:06-00534 CV F N
----------------------------------------GORDON FIELDS
Briefing/Closing Docket Clerk
11th Circuit Courts of Appeal
(404) 335-6226