APPEAL, CLOSED

# U.S. District Court
## Alabama Middle District (Montgomery)
## CIVIL DOCKET FOR CASE #: 2:06-cv-00534-MEF-CSC
### Internal Use Only

| | |
|---|---|
| Jordan v. City of Montgomery | Date Filed: 06/15/2006 |
| Assigned to: Hon. Chief Judge Mark E. Fuller | Date Terminated: 10/03/2007 |
| Referred to: Honorable Charles S. Coody | Jury Demand: Plaintiff |
| Case in other court: USCA, 07-15046-JJ | Nature of Suit: 442 Civil Rights: Jobs |
| Cause: 42:2000 Job Discrimination (Race) | Jurisdiction: Federal Question |

**Plaintiff**

**Mark Jordan**     represented by **Juraldine Battle-Hodge**
207 Montgomery Street
Suite 215
Montgomery, AL 36104
334-262-1177
Fax: 334-263-5569
Email: battleb@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of Montgomery**     represented by **Kimberly Owen Fehl**
City of Montgomery
PO Box 1111
Montgomery, AL 36101-0111
334-241-2050
Fax: 334-241-2310
Email: kfehl@montgomeryal.gov
*ATTORNEY TO BE NOTICED*

BEGIN VOL. 1

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/2006 | 1 | COMPLAINT against City of Montgomery (Filing fee $ 350.00 receipt number 110565.), filed by Mark Jordan.(sl, ) (Entered: 06/20/2006) |
| 06/15/2006 |  | DEMAND for Trial by Jury by Mark Jordan. (sl, ) (Entered: 06/20/2006) |

CONT. VOL. 1

| Date | # | Description |
|---|---|---|
| 06/20/2006 | 2 | Summons Issued as to City of Montgomery mailed CMRRR with copy of complaint. (sl, ) (Entered: 06/20/2006) |
| 06/20/2006 | | NOTICE of Assignment to Magistrate Judge mailed to counsel for Mark Jordan (sl, ) (Entered: 06/20/2006) |
| 06/22/2006 | 3 | Return Receipt Card showing service of summons and complaint signed by Frank Poole for City of Montgomery served on 6/21/2006, answer due 7/11/2006. (sl, ) (Entered: 06/23/2006) |
| 07/10/2006 | 4 | ANSWER to Complaint by City of Montgomery.(Fehl, Kimberly) (Entered: 07/10/2006) |
| 07/11/2006 | | NOTICE of Assignment to Magistrate Judge mailed to counsel for City of Montgomery (sl, ) (Entered: 07/11/2006) |
| 08/04/2006 | 5 | ORDER directing parties to file the Rule 26(f) report containing the discovery plan as soon as practicable but not later than 8/22/2006. Parties are directed to complete and send to the Clerk of the Court the attached consent form so that the form is received by the Clerk on or before 8/22/06. DO NOT FILE THIS FORM ELECTRONICALLY. Signed by Judge Charles S. Coody on 8/22/06. (sl, ) (Entered: 08/04/2006) |
| 08/31/2006 | 6 | REPORT of Rule 26(f) Planning Meeting. (Fehl, Kimberly) (Entered: 08/31/2006) |
| 08/31/2006 | 7 | Case Reassigned to Judge Mark E. Fuller and Charles S. Coody. Judge Charles S. Coody no longer assigned as presiding judge. (sl, ) (Entered: 08/31/2006) |
| 11/08/2006 | 8 | SCHEDULING ORDER setting Final Pretrial Conference set for 10/1/2007 in chambers before Hon. Chief Judge Mark E. Fuller; Jury Trial set for 11/5/2007 in Montgomery, AL before Hon. Chief Judge Mark E. Fuller; setting Amended Pleadings due by 1/22/2007; setting Discovery due by 9/17/2007; setting Dispositive Motions due by 7/3/2007; setting Mediation Notice due by 7/29/2007, as further set out in order. Signed by Judge Mark E. Fuller on 11/8/06. Furnish YG, HC, KG.(wcl, ) (Entered: 11/08/2006) |
| 06/28/2007 | 9 | MOTION for Summary Judgment by City of Montgomery. (Fehl, Kimberly) (Entered: 06/28/2007) |
| 06/28/2007 | 10 | BRIEF/MEMORANDUM in Support re 9 MOTION for Summary Judgment filed by City of Montgomery. (Attachments: # 1 Affidavit Affidavit of Terry Gaddis# 2 Affidavit Affidavit of Barbara Montoya# 3 Exhibit Charge of Discrimination# 4 Exhibit Dismissal & Notice of Rights)(Fehl, Kimberly) (Entered: 06/28/2007) |
| 06/29/2007 | 11 | ORDERED that the 9 MOTION for Summary Judgment be submitted without oral argument on 7/20/2007; further ORDERED that the plf file a response which shall include a brief and any evidentiary materials on or before 7/13/2007; The dfts may file a Reply Brief on or before 7/20/2007, |

| CONT. VOL. 1 | | as further set out in order. Signed by Judge Mark E. Fuller on 6/29/2007. (wcl, ) (Entered: 06/29/2007) |
|---|---|---|
| 07/13/2007 | 12 | BRIEF/MEMORANDUM in Opposition re 9 MOTION for Summary Judgment filed by Mark Jordan. (wcl, ) (Entered: 07/16/2007) |
| 07/13/2007 | 13 | Evidentiary Submission filed as a Response and Objection to Defendant's 9 MOTION for Summary Judgment filed by Mark Jordan. (Attachments: # 1 Exhibit 1; # 2 Exhibit 2; # 3 Exhibit 3; # 4 Exhibit 4; # 5 Exhibit 5; # 6 Exhibit 6; # 7 Exhibit 7; # 8 Exhibit 8)(wcl, ) (Entered: 07/16/2007) |
| 07/20/2007 | 14 | REPLY to Response to Motion re 9 MOTION for Summary Judgment filed by City of Montgomery. (Fehl, Kimberly) (Entered: 07/20/2007) |
| 07/30/2007 | 15 | Notice of Mediation and Settlement Conference by Mark Jordan. (wcl, ) (Entered: 07/31/2007) |
| 09/05/2007 | 16 | ORDER setting Pretrial Conference for 10/1/2007 02:00 PM in chambers A-300 before Hon. Chief Judge Mark E. Fuller, USC, Montgomery, AL; directing the parties to prepare a joint Proposed Pretrial Order due by 9/26/2007; Jury Trial set for 11/5/2007 before Hon. Chief Judge Mark E. Fuller, in Montgomery, AL. Signed by Judge Mark E. Fuller on 9/5/07. Furnished to YG, HC & KG.(djy, ) (Entered: 09/05/2007) |
| 09/26/2007 | 17 | Witness List by Mark Jordan. (wcl, ) (Entered: 09/26/2007) |
| 09/27/2007 | 18 | ORDER continuing Pretrial Conference set for 10/1/2007 to 10/10/2007 @ 03:00 PM, in chambers A-300 USC, Montgomery, AL, before Hon. Chief Judge Mark E. Fuller. Signed by Judge Mark E. Fuller on 9/27/07. Furnished to YG, HC & KG.(djy, ) (Entered: 09/27/2007) |
| 10/03/2007 | 19 | MEMORANDUM OPINION AND ORDER directing as follows: (1) the 9 MOTION for Summary Judgment is GRANTED; (2) all claims and this case are DISMISSED WITH PREJUDICE; (3) the pretrial and the trial in this matter are CANCELLED. Signed by Judge Mark E. Fuller on 10/3/07. Furnished to YG, HC & KG (terminates pretrial 10/10/2007 and jury trial 11/5/2007).(djy, ) (Entered: 10/03/2007) |
| 10/03/2007 | 20 | FINAL JUDGMENT, in accordance with the memorandum opinion and order, it is the ORDER, JUDGMENT and DECREE of the Court as follows: (1) with respect to all claims in this action, judgment is ENTERED in favor of def City of Montgomery and against plf Mark Jordan, with plf taking nothing by his claims; (2) costs are TAXED in favor of def City of Montgomery and against plf Mark Jordan for which execution may issue; (3) the Clerk is Directed to enter this document on the civil docket sheet as a final judgment pursuant to Rule 58 FRCP and to close this file. Signed by Judge Mark E. Fuller on 10/3/07. (Attachment(s): civil appeals checklist) (djy, ). (Entered: 10/03/2007) |
| 10/23/2007 | 21 | NOTICE OF APPEAL by Mark Jordan to the United States Court of Appeals for the Eleventh Circuit from the 19 Memorandum Opinion and Order, 20 Judgment, entered on 10/3/07. Copies mailed(ydw, ) (Entered: |

CONT. VOL. 1

| | | |
|---|---|---|
| | | 10/24/2007) |
| 10/23/2007 | 22 | USCA Appeal Fees received $ 455 receipt number 4602000811 re 21 Notice of Appeal filed by Mark Jordan (ydw, ) (Entered: 10/24/2007) |
| 10/24/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet and 19 Memorandum Opinion and Order, 20 Judgment to US Court of Appeals re 21 Notice of Appeal (ydw, ) (Entered: 10/24/2007) |
| 11/13/2007 | 23 | TRANSCRIPT INFORMATION FORM re 21 Notice of Appeal filed by Mark Jordan. (dmn) [Modified on 11/16/2007 to create a relationship to Doc. 21.-DMN] (Entered: 11/16/2007) |
| 12/18/2007 | 24 | Entry of Dismissal issued as MANDATE of USCA as to 21 Notice of Appeal filed by Mark Jordan 11th Circuit Appeal No. 07-15046-JJ; Pursuant to 11th Cir.R.42-2(c), this appeal is hereby dismissed for want of prosecution because the appellant has failed to file the appellant's brief and record excerpts within the time fixed by the rules, effective this 13th day of December, 2007. FOR THE COURT-BY DIRECTION (ydw, ) (Entered: 12/18/2007) |
| 12/18/2007 | | USCA Case Number 07-15046-JJ for 21 Notice of Appeal filed by Mark Jordan. (ydw, ) (Entered: 02/12/2008) |
| 01/11/2008 | 25 | ORDER of USCA as to 21 Notice of Appeal filed by Mark Jordan 11th Circuit Appeal No. 07-1504-JJ; Appellant's Motion to Reinstate Appeal is Granted. Before ANDERSON and HULL, Circuit Judges. BY THE COURT: (ydw, ) (Entered: 01/15/2008) |
| 02/11/2008 | | Certificate of Readiness to US Court of Appeals re 21 Notice of Appeal, 07-15046-JJ (ydw, ) (Entered: 02/13/2008) |