## UNITED STATES DISTRICT COURT

DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

February 12, 2008

TELEPHONE
(334) 954-3610

Mr. Thomas K. Kahn, Clerk
USCA, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA    30303

USDC No **CV-06-F-534-N**

USCA No. **07-15046-JJ**

In Re:  **MARK JORDAN VS. CITY OF MONTGOMERY**

CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed.R.App.P. 11(c) the Clerk of the District Court for the Middle District of
Alabama hereby certifies that, as shown on the enclosed index, the record is complete for
purposes of this appeal.  The record (including the transcript(s) or parts thereof designated
for inclusion and all necessary exhibits) consists of:

   **1**  Volume(s) of Pleadings

   ___ Volume(s) of Transcripts

   ___ Exhibits: ___ Box _ Binders: ___Envelopes;

      ___ Other:___**SEAL Envelope (s) :__ PSI(s)**

    _____Other:

Please acknowledge receipt on the enclosed copy of this letter.
Sincerely,

DEBRA P. HACKETT, Clerk

By: Yolanda Williams

cc: **JURALDINE BATTLE-HODGE**
    **KIMBERLY OWEN FEHL**