UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
UNITED STATES COURTHOUSE
MONTGOMERY, ALABAMA

**DEBRA HACKETT,**
CLERK

**MAILING ADDRESS:**
**U. S. DISTRICT COURT**
ONE CHURCH ST. RM B-110
MONTGOMERY, AL  36104
(334) 954-361-0

---

Thomas K. Kahn, Clerk
United States Court of Appeals
Eleventh Circuit          **Re:**   District Court No **CV-O6-F-534-N**
56 Forsyth Street, N.W.
Atlanta, Georgia  30303                    Court of Appeals No. **07-15046-JJ**

**MARK JORDAN VS. CITY OF MONTGOMERY**

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

- ☐ Certified copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.
- ☐ First Notice of Appeal:  Yes ☐  No ☐  Other notices (dates): ___
- ☐ Other:
- ☐ The Judge or Magistrate Judge appealed from is: **MARK E. FULLER**
- ☐ The Court Reporter (s) is/are:
- ☐ A hearing was not held in the case.  ☐ An **audio tape** is available for transcription of the court hearing
- ☐ The appellant DOCKET FEE has been paid:  Yes ☐ No ☐ Date paid:
- ☐ Motion for Certificate of Appealability and/or leave to proceed in forma pauperis is pending.
- ☐ Appellant has been Granted ☐ or Denied ☐ leave to appeal IFP [In Forma Pauperis]
  **Enclosed:**  certified copy of Order & an updated docket sheet
- ☐ Appellant has been Granted ☐ or Denied ☐ the issuance of a Certificate of Appealability
  **Enclosed:**  certified copy of Order & an updated docket sheet
- ☐ Copy of CJA form / order appointing counsel.
- ☒ Certified record on appeal consisting of : **1** Volume(s) of pleadings;  ___ PSI (s); ___ Volume(s) of transcript; ___ Folder(s) of exhibits/depositions; ___ Supplemental file(s)
- ☐ ORIGINAL PAPERS: ___ Volume(s) of pleadings;  ___ Volume(s) of transcript;  ___ folders
- ☐ This is an appeal of a bankruptcy order.  Bankruptcy Judge _____
- ☐ This is a DEATH PENALTY appeal.

Very truly yours,

Yolanda Williams
Deputy Clerk

cc: Court file