RECEIVED

2008 SEP -8 A 11: 16

Debra P. Hackett
    Clerk, U.S. District Court
    15 LEE ST STE 206
    MONTGOMERY  AL  36104-4055

September 05, 2008

**Appeal Number: 07-15046-JJ**
Case Style: Mark Jordan v. City of Montgomery
District Court Number:  06-00534 CV-F-N

TO:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

September 05, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 07-15046-JJ**
Case Style: Mark Jordan v. City of Montgomery
District Court Number:  06-00534 CV-F-N

---

The following record materials in the referenced case are returned herewith:

Record on Appeal VOL(S)  one volume

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

REC-3 (06-2006)